# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH ROSHAUN REID, | |
| Petitioner, | CIVIL ACTION NO. 3:26-cv-01880 |
| v. | (SAPORITO, J.) |
| WARDEN GARZA, | |
| Respondent. | |

## ORDER

On July 7, 2026, Petitioner, Kenneth Roshaun Reid, incarcerated at the United States Penitentiary-Canaan, at Waymart, Pennsylvania ("USP-Canaan") lodged this *pro se* habeas corpus action pursuant to 28 U.S.C. § 2241 without applying to proceed *in forma pauperis* or submitting the filing fee. (Doc. 1).

Accordingly, on that same date, an Administrative Order issued in this case which informed the petitioner that this action would not proceed unless the petitioner, within thirty (30) days of the date of the Administrative Order, either: (1) tendered to the "Clerk, U.S. District Court" payment in the amount of $5.00; **or** (2) filed a properly completed and signed application to proceed *in forma pauperis*. An application to

proceed *in forma pauperis* was enclosed with the Order. Petitioner was advised that failure to comply with the terms of the Administrative Order within thirty (30) days would cause this case to be dismissed without prejudice. (Doc. 3).

More than thirty (30) days have elapsed and the petitioner has not paid the filing fee, requested an additional extension of time in which to pay the filing fee, or submitted the appropriate application to proceed *in forma pauperis*.

Therefore, **IT IS HEREBY ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

Dated: September 29, 2026

***s/Joseph F. Saporito, Jr.***
JOSEPH F. SAPORITO, JR.
United States District Judge